2100 B (12/15)

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA
Case No. 18-10679-TPA
Chapter 13

In re: Debtor(s) (including Name and Address)

Rick James Wagner
1374 Cayuga Drive
Espyville PA 16424

BillieJo Wagner
1374 Cayuga Drive
Espyville PA 16424

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 06/13/2019.

Name and Address of Alleged Transferor(s):

Claim No. 5: Seterus, Inc., as the authorized subservicer for F, Martha E. Von Rosenstiel, P.C., 649 South Avenue, Secane, PA  19018

Name and Address of Transferee:

Nationstar Mortgage LLC d/b/a Mr. Cooper
P.O. Box 619094
Dallas, TX 75261-9741

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    06/16/19

Michael R. Rhodes
**CLERK OF THE COURT**

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Rick James Wagner  
BillieJo Wagner  
    Debtors

Case No. 18-10679-TPA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1     User: hsmi     Page 1 of 1     Date Rcvd: Jun 14, 2019  
                             Form ID: trc     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 16, 2019.  
14913429     +Seterus, Inc., as the authorized subservicer for F,    Martha E. Von Rosenstiel, P.C.,    649 South Avenue,    Secane, PA 19018-3541

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                           TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 16, 2019                                        Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 13, 2019 at the address(es) listed below:

       Daniel P. Foster     on behalf of Joint Debtor BillieJo  Wagner dan@mrdebtbuster.com, clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com  
       Daniel P. Foster     on behalf of Debtor Rick James Wagner dan@mrdebtbuster.com, clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com  
       Heather Stacey Riloff     on behalf of Creditor    Seterus, Inc., as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), creditor heather@mvrlaw.com, Michelle@mvrlaw.com  
       James  Warmbrodt     on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper bkgroup@kmllawgroup.com  
       Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov  
       Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com  
                                                                                                                        TOTAL: 6