# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: <br> RICK JAMES WAGNER <br> BILLIE JO WAGNER <br>        Debtor(s) <br> RONDA J. WINNECOUR, <br> Standing Chapter 13 Trustee, <br>        Movant <br> vs. <br> NATIONSTAR MORTGAGE LLC D/B/A <br> MR COOPER(*) <br>        Respondents | Case No. 18-10679TPA <br><br> Chapter 13 <br><br> Document No __ |

## NOTICE OF FUNDS ON RESERVE

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

    The creditor has returned a check from the Trustee. No further payments will be issued on this debt until the creditor satisfactorily explains the returned check and acknowledges that it will accept future payments.

    NO EXPLANTION FOR THE REFUND WAS GIVEN, NO AMENDED CLAIM HAS BEEN FILED

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC D/B/A MR COOPER(*) <br> PO BOX 619094 <br> DALLAS, TX 75261-9741 | Court claim# 5/Trustee CID# 36 |

The Movant further certifies that on 01/29/2021 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

cc: debtor(s)
    original creditor
    putative creditor
    counsel for debtor(s)
    counsel for the creditor(s) (if known)

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

| | |
|---|---|
| DEBTOR(S):<br>RICK JAMES WAGNER, BILLIE JO WAGNER, 1374 CAYUGA DRIVE, ESPYVILLE, PA  16424 | DEBTOR'S COUNSEL:<br>DANIEL P FOSTER ESQ**, FOSTER LAW OFFICES, 1210 PARK AVE, MEADVILLE, PA  16335 |
| ORIGINAL CREDITOR:<br>NATIONSTAR MORTGAGE LLC D/B/A MR COOPER(*), PO BOX 619094, DALLAS, TX  75261-9741 | :<br>NATIONSTAR MORTGAGE LLC D/B/A MR COOPER**, ATTN BANKRUPTCY NOTICING, PO BOX 619096, DALLAS, TX  75261-9741 |
| ORIGINAL CREDITOR'S COUNSEL:<br>BRIAN C NICHOLAS ESQ, KML LAW GROUP PC, 701 MARKET ST STE 5000, PHILADELPHIA, PA  19106 | |
| NEW CREDITOR: | |