**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | **CASE NO. 18-10679-TPA** |
| | : | |
| **Rick James Wagner and** | : | **CHAPTER 13** |
| **BillieJo Wagner,** | : | |
| **Debtors,** | : | |
| _____ | : | **MOTION NO.: WO - 1** |
| **Rick James Wagner,** | : | |
| **Movant,** | : | **RELATED TO DOCKET NO.: 60** |
| | : | |
| **vs.** | : | |
| | : | |
| **Mohawk Fine Papers Inc,** | : | |
| | : | |
| **and** | : | |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| **Chapter 13 Trustee.** | : | |
| **Respondents.** | : | |

## <u>CERTIFICATE OF SERVICE</u>

I, the undersigned Paralegal of the law firm Foster Law Offices, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the Wage Attachment and Local Form No. 12 by First-Class Mail, U.S. Postage Paid on the parties below*.

Executed on: <u>August 31, 2021</u>          By: /s/ Kaitlyn E. Vale _____
                                              KAITLYN E. VALE, PARALEGAL
                                              FOSTER LAW OFFICES
                                              1210 Park Avenue
                                              Meadville, PA 16335
                                              Tel 814.724.1165
                                              Fax 814.724.1158

_____
*Parties served by the court electronically were not served by regular mail

## MATRIX

**MOHAWK FINE PAPERS INC**
**465 SARATOGA STREET**
**COHOES NY 12047**