## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | BANKRUPTCY CASE NO. 18-10679-TPA |
| Rick James Wagner AND | : | CHAPTER 13 |
| BillieJo Wagner, | : | |
| Debtors. | : | |
| | : | Related to Docket No. 70 |
| Foster Law Offices, LLC, | : | |
| Movant. | : | |
| | : | |
| vs. | : | |
| No Respondent. | : | |

### NOTICE OF HEARING WITH RESPONSE DEADLINE REGARDING APPLICATION OF FOSTER LAW OFFICES, LLC, COUNSEL TO THE DEBTOR, FOR INTERIM COMPENSATION

**TO THE RESPONDENTS:**

You are hereby notified that the above Movants seeks an Order affecting your rights or property.

You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant's response to the motion no later than **November 12, 2021** i.e., seventeen (17) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov. If you fail to timely respond, the Motion may be granted by the Court by default without a hearing.

**You should take this to your lawyer at once.**

A hearing will be held **December 1, 2021 at 11:00 A.M.** before Judge Thomas P. Agresti, via the ZOOM Video Conference Application. To access the hearing, please use the following Zoom Meeting link: **https://www.zoomgov.com/j/16021303488**, or alternatively, to attend and use the following **Meeting ID: 160 2130 3488**.

For questions regarding the connection, contact Judge Agresti's Staff Lawyer, Atty. Ken Wargo, at 814-464-9761. All attorneys and Parties may only appear by Zoom and must comply with Judge Agresti's Amended Notice of Temporary Modification of Appearance Procedures, dated and effective June 10, 2020, which can be found on the Court's website at https://www.pawb.uscourts.gov/sites/default/files/pdfs/tpa-proc-appearances.pdf. Under the current COVID-19 circumstances, the general public may appear telephonically if unable to do so via the Internet. When the need to appear telephonically arises members of the general public should immediately contact Staff Attorney Courtney Neer to make telephonic arrangements.

Only a limited time of 10 minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled at a later date by the Court. An order granting the relief sought may be entered and the hearing may not be held if you do not timely file and serve a written response.

Date: <u>October 26, 2021</u>

        Respectfully submitted,
*/s/ Daniel P. Foster, Esquire*
Daniel P. Foster
PA I.D. # 92376
Foster Law Offices
1210 Park Avenue
Meadville, PA 16335
Phone: 814.724.1165
Fax: 814.724.1158
Email:dan@mrdebtbuster.com
Attorney for Debtors

**CERTIFICATE OF SERVICE**

I, the undersigned Paralegal of Foster Law Offices, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the *APPLICATION OF FOSTER LAW OFFICES, LLC, COUNSEL TO THE DEBTOR, FOR INTERIM COMPENSATION, EX A, EX C, Local Form 8* and Notice of Hearing by First-Class Mail, U.S. Postage Paid on the parties below*.

Executed on: **October 26, 2021**

By: */s/ Kathryn Schwartz*
Kathryn Schwartz, PARALEGAL
FOSTER LAW OFFICES
1210 Park Avenue
Meadville, PA 16335
Tel 814.724.1165
Fax 814.724.1158

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0315-1<br>Case 18-10679-TPA<br>WESTERN DISTRICT OF PENNSYLVANIA<br>Erie<br>Tue Oct 26 14:21:22 EDT 2021 | Americredit Financial Services, Inc Dba GM F<br>P.O Box 183853<br>Arlington, TX 76096-3853 | J.P. Morgan Mortgage Acquisition Corp. c/o R<br>C/o Richard M. Squire & Associates, LLC<br>115 West Avenue, Suite 104<br>Jenkintown, PA 19046-2031 |
| Seterus, Inc., as the authorized subservicer<br>P.O. Box 1047<br>Hartford, CT 06143-1047 | 1<br>U.S. Bankruptcy Court<br>U.S. Courthouse, Room B160<br>17 South Park Row<br>Erie, PA 16501-1169 | (p)AMERICREDIT FINANCIAL SERVICS DBA GM FINAN<br>PO BOX 183853<br>ARLINGTON TX 76096-3853 |
| Aqua Finance Inc<br>2600 Pine Ridge Boulevard<br>Wausau, WI 54401-7800 | Ashtabula County Medical Center<br>2420 Lake Avenue<br>Ashtabula, OH 44004-4970 | (p)JPMORGAN CHASE BANK  N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 |
| Comenity Bank / Peebles<br>Po Box 182789<br>Columbus, OH 43218-2789 | Conneaut Medical Center<br>PO Box 781988<br>Detroit, MI 48278-1988 | Connexus Credit Union<br>2600 Pine Ridge Boulevard<br>Wausau, WI 54401-7800 |
| Erie Endodontic Associates PC<br>3308 State Street<br>Erie, PA 16508-2858 | (p)FIDELITY NATIONAL COLLECTIONS<br>885 S SAWBURG AVE SUITE 103<br>ALLIANCE OH 44601-5905 | FirstCredit Inc<br>PO Box 630838<br>Cincinnati, OH 45263-0838 |
| Geneva Medical Center<br>PO Box 781988<br>Detroit, MI 48278-1988 | Gm Financial<br>Po Box 181145<br>Arlington, TX 76096-1145 | Goodyear / Cbna<br>Po Box 6497<br>Sioux Falls, SD 57117-6497 |
| J.P. Morgan Mortgage Acquisition Corp.<br>Rushmore Loan Management Services LLC<br>P.O. Box 55004<br>Irvine, CA 92619-5004 | (p)LAKE HEALTH<br>PO BOX 781348<br>DETROIT MI 48278-1348 | Meadville Medical Center<br>1034 Grove Street<br>Meadville, PA 16335-2945 |
| Montgomery Lynch & Associates Inc<br>PO Box 22720<br>Beachwood, OH 44122-0720 | Nationstar Mortgage LLC d/b/a Mr. Cooper<br>P.O. Box 619094<br>Dallas, TX 75261-9094 | Northshore Healthcare LLC<br>PO Box 258896<br>Oklahoma City, OK 73125-8896 |
| Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222-3721 | Oral & Maxillofacial Surgery<br>505 Poplar Street<br>Meadville, PA 16335-3057 | Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA  98083-0788 |
| (p)REVENUE ASSISTANCE CORPORATION<br>3711 CHESTER AVE<br>SUITE 200<br>CLEVELAND OH 44114-4623 | (p)SETERUS INC<br>PO BOX 619096<br>DALLAS TX 75261-9096 | Seterus, Inc., as the authorized subservicer<br>Martha E. Von Rosenstiel, P.C.<br>649 South Avenue<br>Secane, PA 19018-3541 |

```
St Joseph Health Center              (p)TIDEWATER FINANCE COMPANY         UH Case Medical Center
476 South Main Street                P O BOX 13306                        PO Box 781988
Andover, OH 44003-9602               CHESAPEAKE VA 23325-0306             Detroit, MI 48278-1988


UH Cleveland Medical Center          UH Conneaut Medical Center           UH Geneva Medical Center
PO Box 781988                        PO Box 781988                        PO Box 781988
Detroit, MI 48278-1988               Detroit, MI 48278-1988               Detroit, MI 48278-1988


UHMP Chenguttai Manohar MD           UHMP Geneva Area Physicians          UHMP Otolaryngology
PO Box 14000                         PO Box 14000                         PO Box 14000
Belfast, ME 04915-4033               Belfast, ME 04915-4033               Belfast, ME 04915-4033


UHMP University Gastroenterology     UNITED STATES DEPARTMENT OF EDUCATION  University Hospitals Medical Group
PO Box 14000                         CLAIMS FILING UNIT                   PO Box 14000
Belfast, ME 04915-4033               PO BOX 8973                          Belfast, ME 04915-4033
                                     MADISON, WI, 53708-8973


University Hospitals Medical Practices  Us Department Of Education / Glelsi   Wells Fargo
PO Box 772038                        Po Box 7860                          Po Box 14517
Detroit, MI 48277-2038               Madison, WI 53707-7860               Des Moines, IA 50306-3517


Wells Fargo Bank N.A., d/b/a Wells Fargo Aut  Wells Fargo Bank, N.A.       Wells Fargo Dealer Services
P.O. Box 130000                      Wells Fargo Card Services            Po Box 1697
Raleigh NC 27605-1000                PO Box 10438, MAC F8235-02F          Winterville, NC 28590-1697
                                     Des Moines, IA 50306-0438


BillieJo Wagner                      Daniel P. Foster                     Rick James Wagner
1374 Cayuga Drive                    Foster Law Offices                   1374 Cayuga Drive
Espyville, PA 16424-4206             1210 Park Avenue                     Espyville, PA 16424-4206
                                     Meadville, PA 16335-3110


Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219-2702
```

            The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
            by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Americredit Financial Services, Inc.  Chase Card                          (d)Chase Mortgage
DBA GM Financial                      Po Box 15298                        Po Box 24696
P.O Box 183853                        Wilmington, DE 19850                Columbus, OH 43224
Arlington, TX 76096
```

```
Fidelity Properties Inc              Lake Health                          Revenue Group
885 South Sawburg Avenue             PO Box 771781                        PO Box 93983
Suite 10                             Detroit, MI 48277                    Cleveland, OH 44101
Alliance, OH 44601


Seterus Inc                          Tidewater Finance Company
14523 SW Millikan Way Street         P.O. Box 13306
Beaverton, OR 97005                  Chesapeake, VA 23325
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)J.P. Morgan Mortgage Acquisition Corp.    (u)Nationstar Mortgage LLC d/b/a Mr. Cooper    End of Label Matrix
                                                                                            Mailable recipients    51
                                                                                            Bypassed recipients     2
                                                                                            Total                  53
```