## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | **BANKRUPTCY CASE NO. 18-10679-TPA** |
| **Rick James Wagner AND** | : | **CHAPTER 13** |
| **BillieJo Wagner,** | : | |
| Debtors. | : | |
| | : | **Related to Docket No. 70** |
| **Foster Law Offices, LLC,** | : | |
| Movant. | : | |
| | : | |
| vs. | : | |
| **No Respondent.** | : | |

## AMENDED NOTICE OF HEARING WITH RESPONSE DEADLINE REGARDING APPLICATION OF FOSTER LAW OFFICES, LLC, COUNSEL TO THE DEBTOR, FOR INTERIM COMPENSATION

**TO THE RESPONDENTS:**

You are hereby notified that the above Movants seeks an Order affecting your rights or property.

You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant's response to the motion no later than **November 13, 2021** i.e., seventeen (17) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov. If you fail to timely respond, the Motion may be granted by the Court by default without a hearing.

**You should take this to your lawyer at once.**

A hearing will be held **December 1, 2021 at 10:00 A.M.** before Judge Thomas P. Agresti, via the ZOOM Video Conference Application. To access the hearing, please use the following Zoom Meeting link: **https://www.zoomgov.com/j/16021303488**, or alternatively, to attend and use the following **Meeting ID: 160 2130 3488**.

For questions regarding the connection, contact Judge Agresti's Staff Lawyer, Atty. Ken Wargo, at 814-464-9761. All attorneys and Parties may only appear by Zoom and must comply with Judge Agresti's Amended Notice of Temporary Modification of Appearance Procedures, dated and effective June 10, 2020, which can be found on the Court's website at https://www.pawb.uscourts.gov/sites/default/files/pdfs/tpa-proc-appearances.pdf. Under the current COVID-19 circumstances, the general public may appear telephonically if unable to do so via the Internet. When the need to appear telephonically arises members of the general public should immediately contact Staff Attorney Courtney Neer to make telephonic arrangements.

Only a limited time of 10 minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled at a later date by the Court. An order granting the relief sought may be entered and the hearing may not be held if you do not timely file and serve a written response.

Date: <u>October 27, 2021</u>

          Respectfully submitted,
*/s/ Daniel P. Foster, Esquire*
Daniel P. Foster
PA I.D. # 92376
Foster Law Offices
1210 Park Avenue
Meadville, PA 16335
Phone: 814.724.1165
Fax: 814.724.1158
Email:dan@mrdebtbuster.com
Attorney for Debtors

**CERTIFICATE OF SERVICE**

I, the undersigned Paralegal of Foster Law Offices, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the *APPLICATION OF FOSTER LAW OFFICES, LLC, COUNSEL TO THE DEBTOR, FOR INTERIM COMPENSATION, EX A, EX C, Local Form 8* and Notice of Hearing by First-Class Mail, U.S. Postage Paid on the parties below*.

Executed on: **October 26, 2021**

*By: /s/ Kathryn Schwartz*
Kathryn Schwartz, PARALEGAL
FOSTER LAW OFFICES
1210 Park Avenue
Meadville, PA 16335
Tel 814.724.1165
Fax 814.724.1158

```
Label Matrix for local noticing            Americredit Financial Services, Inc Dba GM F     J.P. Morgan Mortgage Acquisition Corp. c/o R
0315-1                                     P.O Box 183853                                   C/o Richard M. Squire & Associates, LLC
Case 18-10679-TPA                          Arlington, TX 76096-3853                         115 West Avenue, Suite 104
WESTERN DISTRICT OF PENNSYLVANIA                                                            Jenkintown, PA 19046-2031
Erie
Tue Oct 26 14:21:22 EDT 2021

Seterus, Inc., as the authorized subservicer   1                                            (p)AMERICREDIT FINANCIAL SERVICS DBA GM FINAN
P.O. Box 1047                              U.S. Bankruptcy Court                            PO BOX 183853
Hartford, CT 06143-1047                    U.S. Courthouse, Room B160                       ARLINGTON TX 76096-3853
                                           17 South Park Row
                                           Erie, PA 16501-1169

Aqua Finance Inc                           Ashtabula County Medical Center                  (p)JPMORGAN CHASE BANK  N A
2600 Pine Ridge Boulevard                  2420 Lake Avenue                                 BANKRUPTCY MAIL INTAKE TEAM
Wausau, WI 54401-7800                      Ashtabula, OH 44004-4970                         700 KANSAS LANE FLOOR 01
                                                                                            MONROE LA 71203-4774

Comenity Bank / Peebles                    Conneaut Medical Center                          Connexus Credit Union
Po Box 182789                              PO Box 781988                                    2600 Pine Ridge Boulevard
Columbus, OH 43218-2789                    Detroit, MI 48278-1988                           Wausau, WI 54401-7800

Erie Endodontic Associates PC              (p)FIDELITY NATIONAL COLLECTIONS                 FirstCredit Inc
3308 State Street                          885 S SAWBURG AVE SUITE 103                      PO Box 630838
Erie, PA 16508-2858                        ALLIANCE OH 44601-5905                           Cincinnati, OH 45263-0838

Geneva Medical Center                      Gm Financial                                     Goodyear / Cbna
PO Box 781988                              Po Box 181145                                    Po Box 6497
Detroit, MI 48278-1988                     Arlington, TX 76096-1145                         Sioux Falls, SD 57117-6497

J.P. Morgan Mortgage Acquisition Corp.     (p)LAKE HEALTH                                   Meadville Medical Center
Rushmore Loan Management Services LLC      PO BOX 781348                                    1034 Grove Street
P.O. Box 55004                             DETROIT MI 48278-1348                            Meadville, PA 16335-2945
Irvine, CA 92619-5004

Montgomery Lynch & Associates Inc          Nationstar Mortgage LLC d/b/a Mr. Cooper         Northshore Healthcare LLC
PO Box 22720                               P.O. Box 619094                                  PO Box 258896
Beachwood, OH 44122-0720                   Dallas, TX 75261-9094                            Oklahoma City, OK 73125-8896

Office of the United States Trustee        Oral & Maxillofacial Surgery                     Quantum3 Group LLC as agent for
Liberty Center.                            505 Poplar Street                                Comenity Bank
1001 Liberty Avenue, Suite 970             Meadville, PA 16335-3057                         PO Box 788
Pittsburgh, PA 15222-3721                                                                   Kirkland, WA  98083-0788

(p)REVENUE ASSISTANCE CORPORATION          (p)SETERUS INC                                   Seterus, Inc., as the authorized subservicer
3711 CHESTER AVE                           PO BOX 619096                                    Martha E. Von Rosenstiel, P.C.
SUITE 200                                  DALLAS TX 75261-9096                             649 South Avenue
CLEVELAND OH 44114-4623                                                                     Secane, PA 19018-3541
```

| | | |
|---|---|---|
| St Joseph Health Center<br>476 South Main Street<br>Andover, OH 44003-9602 | (p)TIDEWATER FINANCE COMPANY<br>P O BOX 13306<br>CHESAPEAKE VA 23325-0306 | UH Case Medical Center<br>PO Box 781988<br>Detroit, MI 48278-1988 |
| UH Cleveland Medical Center<br>PO Box 781988<br>Detroit, MI 48278-1988 | UH Conneaut Medical Center<br>PO Box 781988<br>Detroit, MI 48278-1988 | UH Geneva Medical Center<br>PO Box 781988<br>Detroit, MI 48278-1988 |
| UHMP Chenguttai Manohar MD<br>PO Box 14000<br>Belfast, ME 04915-4033 | UHMP Geneva Area Physicians<br>PO Box 14000<br>Belfast, ME 04915-4033 | UHMP Otolaryngology<br>PO Box 14000<br>Belfast, ME 04915-4033 |
| UHMP University Gastroenterology<br>PO Box 14000<br>Belfast, ME 04915-4033 | UNITED STATES DEPARTMENT OF EDUCATION<br>CLAIMS FILING UNIT<br>PO BOX 8973<br>MADISON, WI, 53708-8973 | University Hospitals Medical Group<br>PO Box 14000<br>Belfast, ME 04915-4033 |
| University Hospitals Medical Practices<br>PO Box 772038<br>Detroit, MI 48277-2038 | Us Department Of Education / Glelsi<br>Po Box 7860<br>Madison, WI 53707-7860 | Wells Fargo<br>Po Box 14517<br>Des Moines, IA 50306-3517 |
| Wells Fargo Bank N.A., d/b/a Wells Fargo Aut<br>P.O. Box 130000<br>Raleigh NC 27605-1000 | Wells Fargo Bank, N.A.<br>Wells Fargo Card Services<br>PO Box 10438, MAC F8235-02F<br>Des Moines, IA 50306-0438 | Wells Fargo Dealer Services<br>Po Box 1697<br>Winterville, NC 28590-1697 |
| BillieJo Wagner<br>1374 Cayuga Drive<br>Espyville, PA 16424-4206 | Daniel P. Foster<br>Foster Law Offices<br>1210 Park Avenue<br>Meadville, PA 16335-3110 | Rick James Wagner<br>1374 Cayuga Drive<br>Espyville, PA 16424-4206 |
| Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2702 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Americredit Financial Services, Inc.<br>DBA GM Financial<br>P.O Box 183853<br>Arlington, TX 76096 | Chase Card<br>Po Box 15298<br>Wilmington, DE 19850 | (d)Chase Mortgage<br>Po Box 24696<br>Columbus, OH 43224 |

| | | |
|---|---|---|
| Fidelity Properties Inc<br>885 South Sawburg Avenue<br>Suite 10<br>Alliance, OH 44601 | Lake Health<br>PO Box 771781<br>Detroit, MI 48277 | Revenue Group<br>PO Box 93983<br>Cleveland, OH 44101 |
| Seterus Inc<br>14523 SW Millikan Way Street<br>Beaverton, OR 97005 | Tidewater Finance Company<br>P.O. Box 13306<br>Chesapeake, VA 23325 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)J.P. Morgan Mortgage Acquisition Corp. | (u)Nationstar Mortgage LLC d/b/a Mr. Cooper | End of Label Matrix<br>Mailable recipients    51<br>Bypassed recipients     2<br>Total                   53 |