IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No: 18-10679-TPA |
| | : | |
| **Rick James Wagner AND** | : | Chapter 13 |
| **BillieJo Wagner,** | : | |
| Debtors, | : | |
| | : | **Related to Docket No: 76** |
| **Rick James Wagner AND** | : | |
| **BillieJo Wagner,** | : | |
| Movants, | : | |
| | : | |
| vs. | : | |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| Chapter 13 Trustee, | : | |
| Respondent. | : | |

**NOTICE OF HEARING WITH RESPONSE DEADLINE ON
DEBTOR'S MOTION TO DISMISS CHAPTER 13 CASE**

**TO THE RESPONDENTS:**

You are hereby notified that the above Movants seeks an Order affecting your rights or property.

You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant's response to the motion no later than **November 26, 2021** i.e., seventeen (17) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov. If you fail to timely respond, the Motion may be granted by the Court by default without a hearing.

**You should take this to your lawyer at once.**

A hearing will be held **December 15, 2021 at 10:00 A.M.** before Judge Thomas P. Agresti, via the ZOOM Video Conference Application. To access the hearing, please use the following Zoom Meeting link: **https://www.zoomgov.com/j/16021303488**, or alternatively, to attend and use the following **Meeting ID: 160 2130 3488**.

For questions regarding the connection, contact Judge Agresti's Staff Lawyer, Atty. Ken Wargo, at 814-464-9761. All attorneys and Parties may only appear by Zoom and must comply with Judge Agresti's Amended Notice of Temporary Modification of Appearance Procedures, dated and effective June 10, 2020, which can be found on the Court's website at https://www.pawb.uscourts.gov/sites/default/files/pdfs/tpa-proc-appearances.pdf. Under the current COVID-19 circumstances, the general public may appear telephonically if unable to do so via the Internet. When the need to appear telephonically arises members of the general public should immediately contact Staff Attorney Ken Wargo to make telephonic arrangements.

Only a limited time of 10 minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled at a later date by the Court. An order

granting the relief sought may be entered and the hearing may not be held if you do not timely file and serve a written response.

Date: November 9, 2021

Respectfully submitted,
*/s/ Daniel P. Foster, Esquire*
Daniel P. Foster
PA I.D. # 92376
Foster Law Offices
1210 Park Avenue
Meadville, PA 16335
Phone: 814.724.1165
Fax: 814.724.1158
Email:dan@mrdebtbuster.com
Attorney for Debtors

## CERTIFICATE OF SERVICE

      I, the undersigned Paralegal of Foster Law Offices, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the Debtor's Motion to Dismiss Chapter 13 Case and Notice of Hearing by First-Class Mail, U.S. Postage Paid on the parties below*.

Executed on: **November 9, 2021**         *By: /s/ Kathryn Schwartz*
Kathryn Schwartz, PARALEGAL
FOSTER LAW OFFICES
1210 Park Avenue
Meadville, PA 16335
Tel 814.724.1165
Fax 814.724.1158

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0315-1<br>Case 18-10679-TPA<br>WESTERN DISTRICT OF PENNSYLVANIA<br>Erie<br>Tue Nov  9 10:13:19 EST 2021 | Americredit Financial Services, Inc Dba GM F<br>P.O Box 183853<br>Arlington, TX 76096-3853 | J.P. Morgan Mortgage Acquisition Corp. c/o R<br>C/o Richard M. Squire & Associates, LLC<br>115 West Avenue, Suite 104<br>Jenkintown, PA 19046-2031 |
| Seterus, Inc., as the authorized subservicer<br>P.O. Box 1047<br>Hartford, CT 06143-1047 | 1<br>U.S. Bankruptcy Court<br>U.S. Courthouse, Room B160<br>17 South Park Row<br>Erie, PA 16501-1169 | (p)AMERICREDIT FINANCIAL SERVICS DBA GM FINAN<br>PO BOX 183853<br>ARLINGTON TX 76096-3853 |
| Aqua Finance Inc<br>2600 Pine Ridge Boulevard<br>Wausau, WI 54401-7800 | Ashtabula County Medical Center<br>2420 Lake Avenue<br>Ashtabula, OH 44004-4970 | (p)JPMORGAN CHASE BANK  N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 |
| Comenity Bank / Peebles<br>Po Box 182789<br>Columbus, OH 43218-2789 | Conneaut Medical Center<br>PO Box 781988<br>Detroit, MI 48278-1988 | Connexus Credit Union<br>2600 Pine Ridge Boulevard<br>Wausau, WI 54401-7800 |
| Erie Endodontic Associates PC<br>5148 Peach Street<br>Erie, PA 16509-2475 | (p)FIDELITY NATIONAL COLLECTIONS<br>885 S SAWBURG AVE SUITE 103<br>ALLIANCE OH 44601-5905 | FirstCredit Inc<br>PO Box 630838<br>Cincinnati, OH 45263-0838 |
| Geneva Medical Center<br>PO Box 781988<br>Detroit, MI 48278-1988 | Gm Financial<br>Po Box 181145<br>Arlington, TX 76096-1145 | Goodyear / Cbna<br>Po Box 6497<br>Sioux Falls, SD 57117-6497 |
| J.P. Morgan Mortgage Acquisition Corp.<br>Rushmore Loan Management Services LLC<br>P.O. Box 55004<br>Irvine, CA 92619-5004 | (p)LAKE HEALTH<br>PO BOX 781348<br>DETROIT MI 48278-1348 | Meadville Medical Center<br>1034 Grove Street<br>Meadville, PA 16335-2945 |
| Montgomery Lynch & Associates Inc<br>PO Box 22720<br>Beachwood, OH 44122-0720 | Nationstar Mortgage LLC d/b/a Mr. Cooper<br>P.O. Box 619094<br>Dallas, TX 75261-9094 | Northshore Healthcare LLC<br>PO Box 258896<br>Oklahoma City, OK 73125-8896 |
| Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222-3721 | Oral & Maxillofacial Surgery<br>505 Poplar Street<br>Meadville, PA 16335-3057 | Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA  98083-0788 |
| (p)REVENUE ASSISTANCE CORPORATION<br>3711 CHESTER AVE<br>SUITE 200<br>CLEVELAND OH 44114-4623 | (p)SETERUS INC<br>PO BOX 619096<br>DALLAS TX 75261-9096 | Seterus, Inc., as the authorized subservicer<br>Martha E. Von Rosenstiel, P.C.<br>649 South Avenue<br>Secane, PA 19018-3541 |

| | | |
|---|---|---|
| St Joseph Health Center<br>476 South Main Street<br>Andover, OH 44003-9602 | (p)TIDEWATER FINANCE COMPANY<br>P O BOX 13306<br>CHESAPEAKE VA 23325-0306 | UH Case Medical Center<br>PO Box 781988<br>Detroit, MI 48278-1988 |
| UH Cleveland Medical Center<br>PO Box 781988<br>Detroit, MI 48278-1988 | UH Conneaut Medical Center<br>PO Box 781988<br>Detroit, MI 48278-1988 | UH Geneva Medical Center<br>PO Box 781988<br>Detroit, MI 48278-1988 |
| UHMP Chenguttai Manohar MD<br>PO Box 14000<br>Belfast, ME 04915-4033 | UHMP Geneva Area Physicians<br>PO Box 14000<br>Belfast, ME 04915-4033 | UHMP Otolaryngology<br>PO Box 14000<br>Belfast, ME 04915-4033 |
| UHMP University Gastroenterology<br>PO Box 14000<br>Belfast, ME 04915-4033 | UNITED STATES DEPARTMENT OF EDUCATION<br>CLAIMS FILING UNIT<br>PO BOX 8973<br>MADISON, WI, 53708-8973 | University Hospitals Medical Group<br>PO Box 14000<br>Belfast, ME 04915-4033 |
| University Hospitals Medical Practices<br>PO Box 772038<br>Detroit, MI 48277-2038 | Us Department Of Education / Glelsi<br>Po Box 7860<br>Madison, WI 53707-7860 | Wells Fargo<br>Po Box 14517<br>Des Moines, IA 50306-3517 |
| Wells Fargo Bank N.A., d/b/a Wells Fargo Aut<br>P.O. Box 130000<br>Raleigh NC 27605-1000 | Wells Fargo Bank, N.A.<br>Wells Fargo Card Services<br>PO Box 10438, MAC F8235-02F<br>Des Moines, IA 50306-0438 | Wells Fargo Dealer Services<br>Po Box 1697<br>Winterville, NC 28590-1697 |
| BillieJo Wagner<br>1374 Cayuga Drive<br>Espyville, PA 16424-4206 | Daniel P. Foster<br>Foster Law Offices<br>1210 Park Avenue<br>Meadville, PA 16335-3110 | Rick James Wagner<br>1374 Cayuga Drive<br>Espyville, PA 16424-4206 |
| Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2702 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Americredit Financial Services, Inc.<br>DBA GM Financial<br>P.O Box 183853<br>Arlington, TX 76096 | Chase Card<br>Po Box 15298<br>Wilmington, DE 19850 | (d)Chase Mortgage<br>Po Box 24696<br>Columbus, OH 43224 |

```
Fidelity Properties Inc              Lake Health                    Revenue Group
885 South Sawburg Avenue             PO Box 771781                  PO Box 93983
Suite 10                             Detroit, MI 48277              Cleveland, OH 44101
Alliance, OH 44601


Seterus Inc                          Tidewater Finance Company
14523 SW Millikan Way Street         P.O. Box 13306
Beaverton, OR 97005                  Chesapeake, VA 23325
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)J.P. Morgan Mortgage Acquisition Corp.    (u)Nationstar Mortgage LLC d/b/a Mr. Cooper    End of Label Matrix
                                                                                            Mailable recipients   51
                                                                                            Bypassed recipients    2
                                                                                            Total                 53
```