**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | **BANKRUPTCY CASE NO. 18-10679-TPA** |
| **Rick James Wagner AND** | : | **CHAPTER 13** |
| **BillieJo Wagner,** | : | |
| Debtors. | : | |
| | : | **Docket No. 70** |
| **Foster Law Offices, LLC,** | : | |
| Movant. | : | |
| | : | |
| vs. | : | |
| **No Respondent.** | : | |

**CERTIFICATE OF NO OBJECTION**

The undersigned hereby certifies that, as of the date hereof, no Answer, Objection or other Responsive Pleading to the **Application of Foster Law Offices, LLC as counsel for the Debtor, for Interim Compensation**, filed on October 26, 2021 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no Answer, Objection or other Responsive Pleading to the Complaint appears thereon. Pursuant to the Notice of Hearing, Objections to the Complaint were to be filed and served no later than November 13, 2021.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Date: November 15, 2021

Respectfully submitted,
/s/ Daniel P. Foster, Esquire
Daniel P. Foster
PA I.D. # 92376
Foster Law Offices
1210 Park Avenue
Meadville, PA 16335
Phone: 814.724.1165
Fax: 814.724.1158
dan@mrdebtbuster.com
Attorney for Debtors

**CERTIFICATE OF SERVICE**

   I, the undersigned Paralegal of Foster Law Offices, LLC, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the **Certificate of No Objection**, by First-Class Mail, U.S. Postage Paid on the parties below.

| | |
|---|---|
| Executed on: <u>November 15, 2021</u> | *By: /s/ Kristen N. Dennis* |
| | Kristen N. Dennis, PARALEGAL |
| | FOSTER LAW OFFICES, LLC |
| | 1210 Park Avenue |
| | Meadville, PA 16335 |
| | Tel 814.724.1165 |
| | Fax 814.724.1158 |

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0315-1<br>Case 18-10679-TPA<br>WESTERN DISTRICT OF PENNSYLVANIA<br>Erie<br>Tue Oct 26 14:21:22 EDT 2021 | Americredit Financial Services, Inc Dba GM F<br>P.O Box 183853<br>Arlington, TX 76096-3853 | J.P. Morgan Mortgage Acquisition Corp. c/o R<br>C/o Richard M. Squire & Associates, LLC<br>115 West Avenue, Suite 104<br>Jenkintown, PA 19046-2031 |
| Seterus, Inc., as the authorized subservicer<br>P.O. Box 1047<br>Hartford, CT 06143-1047 | 1<br>U.S. Bankruptcy Court<br>U.S. Courthouse, Room B160<br>17 South Park Row<br>Erie, PA 16501-1169 | (p)AMERICREDIT FINANCIAL SERVICS DBA GM FINAN<br>PO BOX 183853<br>ARLINGTON TX 76096-3853 |
| Aqua Finance Inc<br>2600 Pine Ridge Boulevard<br>Wausau, WI 54401-7800 | Ashtabula County Medical Center<br>2420 Lake Avenue<br>Ashtabula, OH 44004-4970 | (p)JPMORGAN CHASE BANK  N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 |
| Comenity Bank / Peebles<br>Po Box 182789<br>Columbus, OH 43218-2789 | Conneaut Medical Center<br>PO Box 781988<br>Detroit, MI 48278-1988 | Connexus Credit Union<br>2600 Pine Ridge Boulevard<br>Wausau, WI 54401-7800 |
| Erie Endodontic Associates PC<br>3308 State Street<br>Erie, PA 16508-2858 | (p)FIDELITY NATIONAL COLLECTIONS<br>885 S SAWBURG AVE SUITE 103<br>ALLIANCE OH 44601-5905 | FirstCredit Inc<br>PO Box 630838<br>Cincinnati, OH 45263-0838 |
| Geneva Medical Center<br>PO Box 781988<br>Detroit, MI 48278-1988 | Gm Financial<br>Po Box 181145<br>Arlington, TX 76096-1145 | Goodyear / Cbna<br>Po Box 6497<br>Sioux Falls, SD 57117-6497 |
| J.P. Morgan Mortgage Acquisition Corp.<br>Rushmore Loan Management Services LLC<br>P.O. Box 55004<br>Irvine, CA 92619-5004 | (p)LAKE HEALTH<br>PO BOX 781348<br>DETROIT MI 48278-1348 | Meadville Medical Center<br>1034 Grove Street<br>Meadville, PA 16335-2945 |
| Montgomery Lynch & Associates Inc<br>PO Box 22720<br>Beachwood, OH 44122-0720 | Nationstar Mortgage LLC d/b/a Mr. Cooper<br>P.O. Box 619094<br>Dallas, TX 75261-9094 | Northshore Healthcare LLC<br>PO Box 258896<br>Oklahoma City, OK 73125-8896 |
| Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222-3721 | Oral & Maxillofacial Surgery<br>505 Poplar Street<br>Meadville, PA 16335-3057 | Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA  98083-0788 |
| (p)REVENUE ASSISTANCE CORPORATION<br>3711 CHESTER AVE<br>SUITE 200<br>CLEVELAND OH 44114-4623 | (p)SETERUS INC<br>PO BOX 619096<br>DALLAS TX 75261-9096 | Seterus, Inc., as the authorized subservicer<br>Martha E. Von Rosenstiel, P.C.<br>649 South Avenue<br>Secane, PA 19018-3541 |

St Joseph Health Center
476 South Main Street
Andover, OH 44003-9602

(p)TIDEWATER FINANCE COMPANY
P O BOX 13306
CHESAPEAKE VA 23325-0306

UH Case Medical Center
PO Box 781988
Detroit, MI 48278-1988


UH Cleveland Medical Center
PO Box 781988
Detroit, MI 48278-1988

UH Conneaut Medical Center
PO Box 781988
Detroit, MI 48278-1988

UH Geneva Medical Center
PO Box 781988
Detroit, MI 48278-1988


UHMP Chenguttai Manohar MD
PO Box 14000
Belfast, ME 04915-4033

UHMP Geneva Area Physicians
PO Box 14000
Belfast, ME 04915-4033

UHMP Otolaryngology
PO Box 14000
Belfast, ME 04915-4033


UHMP University Gastroenterology
PO Box 14000
Belfast, ME 04915-4033

UNITED STATES DEPARTMENT OF EDUCATION
CLAIMS FILING UNIT
PO BOX 8973
MADISON, WI, 53708-8973

University Hospitals Medical Group
PO Box 14000
Belfast, ME 04915-4033


University Hospitals Medical Practices
PO Box 772038
Detroit, MI 48277-2038

Us Department Of Education / Glelsi
Po Box 7860
Madison, WI 53707-7860

Wells Fargo
Po Box 14517
Des Moines, IA 50306-3517


Wells Fargo Bank N.A., d/b/a Wells Fargo Aut
P.O. Box 130000
Raleigh NC 27605-1000

Wells Fargo Bank, N.A.
Wells Fargo Card Services
PO Box 10438, MAC F8235-02F
Des Moines, IA 50306-0438

Wells Fargo Dealer Services
Po Box 1697
Winterville, NC 28590-1697


BillieJo Wagner
1374 Cayuga Drive
Espyville, PA 16424-4206

Daniel P. Foster
Foster Law Offices
1210 Park Avenue
Meadville, PA 16335-3110

Rick James Wagner
1374 Cayuga Drive
Espyville, PA 16424-4206


Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219-2702



The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Americredit Financial Services, Inc.
DBA GM Financial
P.O Box 183853
Arlington, TX 76096

Chase Card
Po Box 15298
Wilmington, DE 19850

(d)Chase Mortgage
Po Box 24696
Columbus, OH 43224

| | | |
|---|---|---|
| Fidelity Properties Inc<br>885 South Sawburg Avenue<br>Suite 10<br>Alliance, OH 44601 | Lake Health<br>PO Box 771781<br>Detroit, MI 48277 | Revenue Group<br>PO Box 93983<br>Cleveland, OH 44101 |
| Seterus Inc<br>14523 SW Millikan Way Street<br>Beaverton, OR 97005 | Tidewater Finance Company<br>P.O. Box 13306<br>Chesapeake, VA 23325 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)J.P. Morgan Mortgage Acquisition Corp. | (u)Nationstar Mortgage LLC d/b/a Mr. Cooper | End of Label Matrix<br>Mailable recipients   51<br>Bypassed recipients    2<br>Total                53 |