**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | **BANKRUPTCY CASE NO. 18-10679-TPA** |
| **Rick James Wagner AND** | : | **CHAPTER 13** |
| **BillieJo Wagner,** | : | |
| Debtors. | : | |
| | : | **Docket No. 70** |
| **Foster Law Offices, LLC,** | : | |
| Movant. | : | |
| | : | |
| vs. | : | |
| **No Respondent.** | : | |

**CERTIFICATE OF NO OBJECTION**

The undersigned hereby certifies that, as of the date hereof, no Answer, Objection or other Responsive Pleading to the **Application of Foster Law Offices, LLC as counsel for the Debtor, for Interim Compensation**, filed on October 26, 2021 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no Answer, Objection or other Responsive Pleading to the Complaint appears thereon. Pursuant to the Notice of Hearing, Objections to the Complaint were to be filed and served no later than November 13, 2021.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Date: November 15, 2021

Respectfully submitted,
/s/ Daniel P. Foster, Esquire
Daniel P. Foster
PA I.D. # 92376
Foster Law Offices
1210 Park Avenue
Meadville, PA 16335
Phone: 814.724.1165
Fax: 814.724.1158
dan@mrdebtbuster.com
Attorney for Debtors

**CERTIFICATE OF SERVICE**

      I, the undersigned Paralegal of Foster Law Offices, LLC, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the **Certificate of No Objection**, by First-Class Mail, U.S. Postage Paid on the parties below.

| | |
|---|---|
| Executed on: <u>November 15, 2021</u> | *By: /s/ Kristen N. Dennis* <br> Kristen N. Dennis, PARALEGAL <br> FOSTER LAW OFFICES, LLC <br> 1210 Park Avenue <br> Meadville, PA 16335 <br> Tel 814.724.1165 <br> Fax 814.724.1158 |

```
Label Matrix for local noticing           Americredit Financial Services, Inc Dba GM F    J.P. Morgan Mortgage Acquisition Corp. c/o R
0315-1                                    P.O Box 183853                                  C/o Richard M. Squire & Associates, LLC
Case 18-10679-TPA                         Arlington, TX 76096-3853                        115 West Avenue, Suite 104
WESTERN DISTRICT OF PENNSYLVANIA                                                          Jenkintown, PA 19046-2031
Erie
Tue Oct 26 14:21:22 EDT 2021

Seterus, Inc., as the authorized subservicer    1                                         (p)AMERICREDIT FINANCIAL SERVICS DBA GM FINAN
P.O. Box 1047                             U.S. Bankruptcy Court                           PO BOX 183853
Hartford, CT 06143-1047                   U.S. Courthouse, Room B160                      ARLINGTON TX 76096-3853
                                          17 South Park Row
                                          Erie, PA 16501-1169

Aqua Finance Inc                          Ashtabula County Medical Center                 (p)JPMORGAN CHASE BANK  N A
2600 Pine Ridge Boulevard                 2420 Lake Avenue                                BANKRUPTCY MAIL INTAKE TEAM
Wausau, WI 54401-7800                     Ashtabula, OH 44004-4970                        700 KANSAS LANE FLOOR 01
                                                                                          MONROE LA 71203-4774

Comenity Bank / Peebles                   Conneaut Medical Center                         Connexus Credit Union
Po Box 182789                             PO Box 781988                                   2600 Pine Ridge Boulevard
Columbus, OH 43218-2789                   Detroit, MI 48278-1988                          Wausau, WI 54401-7800

Erie Endodontic Associates PC             (p)FIDELITY NATIONAL COLLECTIONS                FirstCredit Inc
3308 State Street                         885 S SAWBURG AVE SUITE 103                     PO Box 630838
Erie, PA 16508-2858                       ALLIANCE OH 44601-5905                          Cincinnati, OH 45263-0838

Geneva Medical Center                     Gm Financial                                    Goodyear / Cbna
PO Box 781988                             Po Box 181145                                   Po Box 6497
Detroit, MI 48278-1988                    Arlington, TX 76096-1145                        Sioux Falls, SD 57117-6497

J.P. Morgan Mortgage Acquisition Corp.    (p)LAKE HEALTH                                  Meadville Medical Center
Rushmore Loan Management Services LLC     PO BOX 781348                                   1034 Grove Street
P.O. Box 55004                            DETROIT MI 48278-1348                           Meadville, PA 16335-2945
Irvine, CA 92619-5004

Montgomery Lynch & Associates Inc         Nationstar Mortgage LLC d/b/a Mr. Cooper        Northshore Healthcare LLC
PO Box 22720                              P.O. Box 619094                                 PO Box 258896
Beachwood, OH 44122-0720                  Dallas, TX 75261-9094                           Oklahoma City, OK 73125-8896

Office of the United States Trustee       Oral & Maxillofacial Surgery                    Quantum3 Group LLC as agent for
Liberty Center.                           505 Poplar Street                               Comenity Bank
1001 Liberty Avenue, Suite 970            Meadville, PA 16335-3057                        PO Box 788
Pittsburgh, PA 15222-3721                                                                 Kirkland, WA  98083-0788

(p)REVENUE ASSISTANCE CORPORATION         (p)SETERUS INC                                  Seterus, Inc., as the authorized subservicer
3711 CHESTER AVE                          PO BOX 619096                                   Martha E. Von Rosenstiel, P.C.
SUITE 200                                 DALLAS TX 75261-9096                            649 South Avenue
CLEVELAND OH 44114-4623                                                                   Secane, PA 19018-3541
```

```
St Joseph Health Center              (p)TIDEWATER FINANCE COMPANY        UH Case Medical Center
476 South Main Street                P O BOX 13306                       PO Box 781988
Andover, OH 44003-9602               CHESAPEAKE VA 23325-0306            Detroit, MI 48278-1988


UH Cleveland Medical Center          UH Conneaut Medical Center          UH Geneva Medical Center
PO Box 781988                        PO Box 781988                       PO Box 781988
Detroit, MI 48278-1988               Detroit, MI 48278-1988              Detroit, MI 48278-1988


UHMP Chenguttai Manohar MD           UHMP Geneva Area Physicians         UHMP Otolaryngology
PO Box 14000                         PO Box 14000                        PO Box 14000
Belfast, ME 04915-4033               Belfast, ME 04915-4033              Belfast, ME 04915-4033


UHMP University Gastroenterology     UNITED STATES DEPARTMENT OF EDUCATION   University Hospitals Medical Group
PO Box 14000                         CLAIMS FILING UNIT                  PO Box 14000
Belfast, ME 04915-4033               PO BOX 8973                         Belfast, ME 04915-4033
                                     MADISON, WI, 53708-8973


University Hospitals Medical Practices   Us Department Of Education / Glelsi   Wells Fargo
PO Box 772038                        Po Box 7860                         Po Box 14517
Detroit, MI 48277-2038               Madison, WI 53707-7860              Des Moines, IA 50306-3517


Wells Fargo Bank N.A., d/b/a Wells Fargo Aut   Wells Fargo Bank, N.A.    Wells Fargo Dealer Services
P.O. Box 130000                      Wells Fargo Card Services           Po Box 1697
Raleigh NC 27605-1000                PO Box 10438, MAC F8235-02F         Winterville, NC 28590-1697
                                     Des Moines, IA 50306-0438


BillieJo Wagner                      Daniel P. Foster                    Rick James Wagner
1374 Cayuga Drive                    Foster Law Offices                  1374 Cayuga Drive
Espyville, PA 16424-4206             1210 Park Avenue                    Espyville, PA 16424-4206
                                     Meadville, PA 16335-3110


Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219-2702
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Americredit Financial Services, Inc.   Chase Card                       (d)Chase Mortgage
DBA GM Financial                       Po Box 15298                     Po Box 24696
P.O Box 183853                         Wilmington, DE 19850             Columbus, OH 43224
Arlington, TX 76096
```

| | | |
|---|---|---|
| Fidelity Properties Inc<br>885 South Sawburg Avenue<br>Suite 10<br>Alliance, OH 44601 | Lake Health<br>PO Box 771781<br>Detroit, MI 48277 | Revenue Group<br>PO Box 93983<br>Cleveland, OH 44101 |
| Seterus Inc<br>14523 SW Millikan Way Street<br>Beaverton, OR 97005 | Tidewater Finance Company<br>P.O. Box 13306<br>Chesapeake, VA 23325 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)J.P. Morgan Mortgage Acquisition Corp.    (u)Nationstar Mortgage LLC d/b/a Mr. Cooper

End of Label Matrix
Mailable recipients    51
Bypassed recipients     2
Total                  53