FILED
11/18/21 8:42 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | BANKRUPTCY CASE NO. 18-10679-TPA |
| Rick James Wagner AND | : | CHAPTER 13 |
| BillieJo Wagner, | : | |
| Debtors. | : | |
| | : | Related to Docket No. 70 |
| Foster Law Offices, LLC, | : | |
| Movant. | : | |
| | : | |
| vs. | : | |
| No Respondent. | : | |

### ORDER OF COURT

**AND NOW**, on this 18th day of November, 2021, the Application of Foster Law Offices, LLC as counsel for the Debtor, for Interim Compensation is **APPROVED** in the amount of **$1,200.00** for services rendered on behalf of the Debtors for the period between June 28, 2018 and October 26, 2021. The total legal fees approved shall be the $4,000.00 "no look" and the $1,200.00 Fee Application for a total of $5,200.00

BY THE COURT,

_____
United States Bankruptcy Judge

asg

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 18-10679-TPA
Rick James Wagner  Chapter 13
BillieJo Wagner
    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0315-1 | User: mgut | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Nov 18, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 20, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Rick James Wagner, BillieJo Wagner, 1374 Cayuga Drive, Espyville, PA 16424-4206 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 20, 2021      Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 18, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bnicholas@kmllawgroup.com |
| Chandra Marie Arkema | on behalf of Creditor J.P. Morgan Mortgage Acquisition Corp. tuhawkeye@msn.com  carkema@squirelaw.com |
| Daniel P. Foster | on behalf of Debtor Rick James Wagner dan@mrdebtbuster.com katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Daniel P. Foster | on behalf of Joint Debtor BillieJo Wagner dan@mrdebtbuster.com katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Heather Stacey Riloff | on behalf of Creditor Seterus  Inc., as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), |

| | | |
|---|---|---|
| District/off: 0315-1 | User: mgut | Page 2 of 2 |
| Date Rcvd: Nov 18, 2021 | Form ID: pdf900 | Total Noticed: 1 |

                        creditor heather@mvrlaw.com, Michelle@mvrlaw.com

Michael John Clark
                        on behalf of Creditor J.P. Morgan Mortgage Acquisition Corp. c/o Rushmore Loan Management Services  LLC
                        mclark@squirelaw.com

Office of the United States Trustee
                        ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
                        cmecf@chapter13trusteewdpa.com

TOTAL: 8