**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | : | **Case No: 18-10679-TPA** |
| | : | |
| **Rick James Wagner AND** | : | **Chapter 13** |
| **BillieJo Wagner,** | : | |
| **Debtors,** | : | |
| | : | **Related to Docket No(s): 76-77** |
| **Rick James Wagner AND** | : | |
| **BillieJo Wagner,** | : | |
| **Movants,** | : | |
| | : | |
| **vs.** | : | |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| **Chapter 13 Trustee,** | : | |
| **Respondent.** | : | |

**CERTIFICATE OF NO OBJECTION**

The undersigned hereby certifies that, as of the date hereof, no Answer, Objection or other Responsive Pleading to the DEBTOR'S MOTION TO DISMISS CHAPTER 13 CASE, filed on November 9, 2021, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no Answer, Objection or other Responsive Pleading to the Complaint appears thereon. Pursuant to the Notice of Hearing, Objections to the Complaint were to be filed and served no later than November 26, 2021.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Date: ___November 29, 2021___

Respectfully submitted,
/s/ Daniel P. Foster, Esquire
Daniel P. Foster
PA I.D. # 92376
Foster Law Offices
1210 Park Avenue
Meadville, PA 16335
Phone:  814.724.1165
Fax: 814.724.1158
Email: dan@mrdebtbuster.com
Attorney for Debtor

**<u>CERTIFICATE OF SERVICE</u>**

I, the undersigned Paralegal of Foster Law Offices, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the Certificate of No Objection regarding Debtor's Motion to Dismiss Chapter 13 Case by First-Class Mail, U.S. Postage Paid on the parties below*.

Executed on: **<u>November 29, 2021</u>**

*By: /s/ Kathryn Schwartz*
Kathryn Schwartz, PARALEGAL
FOSTER LAW OFFICES
1210 Park Avenue
Meadville, PA 16335
Tel 814.724.1165
Fax 814.724.1158

Label Matrix for local noticing
0315-1
Case 18-10679-TPA
WESTERN DISTRICT OF PENNSYLVANIA
Erie
Tue Nov  9 10:13:19 EST 2021

AmeriCredit Financial Services Inc Dba GM F
P.O Box 183853
Arlington, TX 76096-3853

J.P. Morgan Mortgage Acquisition Corp. c/o R
C/o Richard M. Squire & Associates, LLC
115 West Avenue, Suite 104
Jenkintown, PA 19046-2031

Seterus, Inc., as the authorized subservicer
P.O. Box 1047
Hartford, CT 06143-1047

1
U.S. Bankruptcy Court
U.S. Courthouse, Room B160
17 South Park Row
Erie, PA 16501-1169

(p)AMERICREDIT FINANCIAL SERVICS DBA GM FINAN
PO BOX 183853
ARLINGTON TX 76096-3853

Aqua Finance Inc
2600 Pine Ridge Boulevard
Wausau, WI 54401-7800

Ashtabula County Medical Center
2420 Lake Avenue
Ashtabula, OH 44004-4970

(p)JPMORGAN CHASE BANK  N A
BANKRUPTCY MAIL INTAKE TEAM
700 KANSAS LANE FLOOR 01
MONROE LA 71203-4774

Comenity Bank / Peebles
Po Box 182789
Columbus, OH 43218-2789

Conneaut Medical Center
PO Box 781988
Detroit, MI 48278-1988

Connexus Credit Union
2600 Pine Ridge Boulevard
Wausau, WI 54401-7800

Erie Endodontic Associates PC
5148 Peach Street
Erie, PA 16509-2475

(p)FIDELITY NATIONAL COLLECTIONS
885 S SAWBURG AVE SUITE 103
ALLIANCE OH 44601-5905

FirstCredit Inc
PO Box 630838
Cincinnati, OH 45263-0838

Geneva Medical Center
PO Box 781988
Detroit, MI 48278-1988

Gm Financial
Po Box 181145
Arlington, TX 76096-1145

Goodyear / Cbna
Po Box 6497
Sioux Falls, SD 57117-6497

J.P. Morgan Mortgage Acquisition Corp.
Rushmore Loan Management Services LLC
P.O. Box 55004
Irvine, CA 92619-5004

(p)LAKE HEALTH
PO BOX 781348
DETROIT MI 48278-1348

Meadville Medical Center
1034 Grove Street
Meadville, PA 16335-2945

Montgomery Lynch & Associates Inc
PO Box 22720
Beachwood, OH 44122-0720

Nationstar Mortgage LLC d/b/a Mr. Cooper
P.O. Box 619094
Dallas, TX 75261-9094

Northshore Healthcare LLC
PO Box 258896
Oklahoma City, OK 73125-8896

Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222-3721

Oral & Maxillofacial Surgery
505 Poplar Street
Meadville, PA 16335-3057

Quantum3 Group LLC as agent for
Comenity Bank
PO Box 788
Kirkland, WA  98083-0788

(p)REVENUE ASSISTANCE CORPORATION
3711 CHESTER AVE
SUITE 200
CLEVELAND OH 44114-4623

(p)SETERUS INC
PO BOX 619096
DALLAS TX 75261-9096

Seterus, Inc., as the authorized subservicer
Martha E. Von Rosenstiel, P.C.
649 South Avenue
Secane, PA 19018-3541

St Joseph Health Center
476 South Main Street
Andover, OH 44003-9602

(p)TIDEWATER FINANCE COMPANY
P O BOX 13306
CHESAPEAKE VA 23325-0306

UH Case Medical Center
PO Box 781988
Detroit, MI 48278-1988

UH Cleveland Medical Center
PO Box 781988
Detroit, MI 48278-1988

UH Conneaut Medical Center
PO Box 781988
Detroit, MI 48278-1988

UH Geneva Medical Center
PO Box 781988
Detroit, MI 48278-1988

UHMP Chenguttai Manohar MD
PO Box 14000
Belfast, ME 04915-4033

UHMP Geneva Area Physicians
PO Box 14000
Belfast, ME 04915-4033

UHMP Otolaryngology
PO Box 14000
Belfast, ME 04915-4033

UHMP University Gastroenterology
PO Box 14000
Belfast, ME 04915-4033

UNITED STATES DEPARTMENT OF EDUCATION
CLAIMS FILING UNIT
PO BOX 8973
MADISON, WI, 53708-8973

University Hospitals Medical Group
PO Box 14000
Belfast, ME 04915-4033

University Hospitals Medical Practices
PO Box 772038
Detroit, MI 48277-2038

Us Department Of Education / Glelsi
Po Box 7860
Madison, WI 53707-7860

Wells Fargo
Po Box 14517
Des Moines, IA 50306-3517

Wells Fargo Bank N.A., d/b/a Wells Fargo Aut
P.O. Box 130000
Raleigh NC 27605-1000

Wells Fargo Bank, N.A.
Wells Fargo Card Services
PO Box 10438, MAC F8235-02F
Des Moines, IA 50306-0438

Wells Fargo Dealer Services
Po Box 1697
Winterville, NC 28590-1697

BillieJo Wagner
1374 Cayuga Drive
Espyville, PA 16424-4206

Daniel P. Foster
Foster Law Offices
1210 Park Avenue
Meadville, PA 16335-3110

Rick James Wagner
1374 Cayuga Drive
Espyville, PA 16424-4206

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219-2702

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Americredit Financial Services, Inc.
DBA GM Financial
P.O Box 183853
Arlington, TX 76096

Chase Card
Po Box 15298
Wilmington, DE 19850

(d)Chase Mortgage
Po Box 24696
Columbus, OH 43224

Fidelity Properties Inc
885 South Sawburg Avenue
Suite 10
Alliance, OH 44601

Lake Health
PO Box 771781
Detroit, MI 48277

Revenue Group
PO Box 93983
Cleveland, OH 44101

Seterus Inc
14523 SW Millikan Way Street
Beaverton, OR 97005

Tidewater Finance Company
P.O. Box 13306
Chesapeake, VA 23325

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)J.P. Morgan Mortgage Acquisition Corp.

(u)Nationstar Mortgage LLC d/b/a Mr. Cooper

End of Label Matrix
Mailable recipients    51
Bypassed recipients     2
Total                  53