FILED
11/30/21 12:02 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No: 18-10679-TPA |
| | : | |
| Rick James Wagner AND | : | Chapter 13 |
| BillieJo Wagner, | : | |
| Debtors, | : | |
| _____ | : | Related to Docket No: 76 |
| Rick James Wagner AND | : | |
| BillieJo Wagner, | : | |
| Movants, | : | |
| | : | |
| vs. | : | |
| | : | |
| Ronda J. Winnecour, Esquire, | : | |
| Chapter 13 Trustee, | : | |
| Respondent. | : | |

### ORDER REGARDING DEBTOR'S MOTION TO DISMISS CHAPTER 13 CASE

**IT IS HEREBY ORDERED** that the above-captioned case is **DISMISSED WITHOUT PREJUDICE.**

Each *Income Attachment* issued in the case is now **TERMINATED.**

Debtor must immediately serve a copy of this *Order* on each employer/entity subject to an *Attachment Order,* so that each employer/entity knows to stop the attachment.

Creditor collection remedies are **REINSTATED** pursuant to *11 U.S.C. §349,* and creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect; generally, a creditor's lawsuit must be filed by the later of (1) the time deadline prescribed by state law, or (2) thirty days after date of this *Order.*

Debtor remains legally liable for all of debts as if the bankruptcy petition had not been filed.

Dated: November 30, 2021

_____asg
Thomas P. Agresti, *Judge*
United States Bankruptcy Court

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Rick James Wagner  
BillieJo Wagner  
    Debtors

Case No. 18-10679-TPA  
Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: mgut | Page 1 of 3 |
| Date Rcvd: Nov 30, 2021 | Form ID: pdf900 | Total Noticed: 46 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 02, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Rick James Wagner, BillieJo Wagner, 1374 Cayuga Drive, Espyville, PA 16424-4206 |
| cr | + | J.P. Morgan Mortgage Acquisition Corp. c/o Rushmor, C/o Richard M. Squire & Associates, LLC, 115 West Avenue, Suite 104, Jenkintown, PA 19046-2031 |
| cr | + | Seterus, Inc., as the authorized subservicer for F, P.O. Box 1047, Hartford, CT 06143-1047 |
| 14875624 | + | Ashtabula County Medical Center, 2420 Lake Avenue, Ashtabula, OH 44004-4970 |
| 14887808 | + | Conneaut Medical Center, PO Box 781988, Detroit, MI 48278-1988 |
| 14887809 | + | Erie Endodontic Associates PC, 5148 Peach Street, Erie, PA 16509-2475 |
| 14887810 | + | FirstCredit Inc, PO Box 630838, Cincinnati, OH 45263-0838 |
| 14887811 | + | Geneva Medical Center, PO Box 781988, Detroit, MI 48278-1988 |
| 15308403 | + | J.P. Morgan Mortgage Acquisition Corp., Rushmore Loan Management Services LLC, P.O. Box 55004, Irvine, CA 92619-5004 |
| 14887814 | + | Montgomery Lynch & Associates Inc, PO Box 22720, Beachwood, OH 44122-0720 |
| 15069894 | + | Nationstar Mortgage LLC d/b/a Mr. Cooper, P.O. Box 619094, Dallas, TX 75261-9094 |
| 14887815 | + | Northshore Healthcare LLC, PO Box 258896, Oklahoma City, OK 73125-8896 |
| 14887816 | + | Oral & Maxillofacial Surgery, 505 Poplar Street, Meadville, PA 16335-3057 |
| 14875632 | ++ | SETERUS INC, PO BOX 619096, DALLAS TX 75261-9096 address filed with court:, Seterus Inc, 14523 SW Millikan Way Street, Beaverton, OR 97005 |
| 14913429 | + | Seterus, Inc., as the authorized subservicer for F, Martha E. Von Rosenstiel, P.C., 649 South Avenue, Secane, PA 19018-3541 |
| 14887818 | + | St Joseph Health Center, 476 South Main Street, Andover, OH 44003-9602 |
| 14887819 | + | UH Case Medical Center, PO Box 781988, Detroit, MI 48278-1988 |
| 14887820 | + | UH Cleveland Medical Center, PO Box 781988, Detroit, MI 48278-1988 |
| 14887821 | + | UH Conneaut Medical Center, PO Box 781988, Detroit, MI 48278-1988 |
| 14887822 | + | UH Geneva Medical Center, PO Box 781988, Detroit, MI 48278-1988 |
| 14887823 | + | UHMP Chenguttai Manohar MD, PO Box 14000, Belfast, ME 04915-4033 |
| 14887824 | + | UHMP Geneva Area Physicians, PO Box 14000, Belfast, ME 04915-4033 |
| 14887825 | + | UHMP Otolaryngology, PO Box 14000, Belfast, ME 04915-4033 |
| 14887826 | + | UHMP University Gastroenterology, PO Box 14000, Belfast, ME 04915-4033 |
| 14917792 | | UNITED STATES DEPARTMENT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON, WI, 53708-8973 |
| 14887827 | + | University Hospitals Medical Group, PO Box 14000, Belfast, ME 04915-4033 |
| 14887828 | + | University Hospitals Medical Practices, PO Box 772038, Detroit, MI 48277-2038 |
| 14875633 | + | Us Department Of Education / Glelsi, Po Box 7860, Madison, WI 53707-7860 |
| 14875634 | + | Wells Fargo, Po Box 14517, Des Moines, IA 50306-3517 |
| 14912751 | + | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, P.O. Box 130000, Raleigh NC 27605-1000 |
| 14901743 | | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14875635 | + | Wells Fargo Dealer Services, Po Box 1697, Winterville, NC 28590-1697 |

TOTAL: 32

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Nov 30 2021 23:38:00 | Americredit Financial Services, Inc.Dba GM Financi, P.O Box 183853, Arlington, TX |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 76096-3853 |
| 14888671 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Nov 30 2021 23:38:00 | | Americredit Financial Services, Inc., DBA GM Financial, P.O Box 183853, Arlington, TX 76096 |
| 14875627 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Nov 30 2021 23:38:00 | | Comenity Bank / Peebles, Po Box 182789, Columbus, OH 43218-2789 |
| 14875628 | + | Email/Text: bankruptcy@connexuscu.org Nov 30 2021 23:38:00 | | Connexus Credit Union, 2600 Pine Ridge Boulevard, Wausau, WI 54401-7800 |
| 14875629 | | Email/Text: eblymiller@fidelitycollections.com Nov 30 2021 23:38:00 | | Fidelity Properties Inc, 885 South Sawburg Avenue, Suite 10, Alliance, OH 44601 |
| 14875630 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Nov 30 2021 23:38:00 | | Gm Financial, Po Box 181145, Arlington, TX 76096-1145 |
| 14875631 | + | Email/PDF: Citi.BNC.Correspondence@citi.com Nov 30 2021 23:45:49 | | Goodyear / Cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14875625 | | Email/PDF: ais.chase.ebn@aisinfo.com Nov 30 2021 23:45:48 | | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 14875626 | | Email/PDF: ais.chase.ebn@aisinfo.com Nov 30 2021 23:45:49 | | Chase Mortgage, Po Box 24696, Columbus, OH 43224 |
| 14887812 | | Email/Text: jennifer.hester@lakehealth.org Nov 30 2021 23:38:00 | | Lake Health, PO Box 771781, Detroit, MI 48277 |
| 14887813 | + | Email/Text: mwetherbee@mmchs.org Nov 30 2021 23:38:00 | | Meadville Medical Center, 1034 Grove Street, Meadville, PA 16335-2945 |
| 14910501 | | Email/Text: bnc-quantum@quantum3group.com Nov 30 2021 23:38:00 | | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14887817 | | Email/Text: bk@revenuegroup.com Nov 30 2021 23:38:00 | | Revenue Group, PO Box 93983, Cleveland, OH 44101 |
| 15412809 | | Email/Text: tidewaterlegalebn@twcs.com Nov 30 2021 23:38:00 | | Tidewater Finance Company, P.O. Box 13306, Chesapeake, VA 23325 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | J.P. Morgan Mortgage Acquisition Corp. |
| cr | | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| 14925777 | *+ | Seterus, Inc., as the authorized subservicer for F, Martha E. Von Rosenstiel, P.C., 649 South Avenue, Secane, PA 19018-3541 |
| 14875623 | ##+ | Aqua Finance Inc, 2600 Pine Ridge Boulevard, Wausau, WI 54401-7800 |

TOTAL: 2 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 02, 2021             Signature:         /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 30, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bnicholas@kmllawgroup.com |
| Chandra Marie Arkema | on behalf of Creditor J.P. Morgan Mortgage Acquisition Corp. tuhawkeye@msn.com  carkema@squirelaw.com |
| Daniel P. Foster | on behalf of Joint Debtor BillieJo Wagner dan@mrdebtbuster.com katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Daniel P. Foster | on behalf of Debtor Rick James Wagner dan@mrdebtbuster.com katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Heather Stacey Riloff | on behalf of Creditor Seterus  Inc., as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), creditor heather@mvrlaw.com, Michelle@mvrlaw.com |
| Michael John Clark | on behalf of Creditor J.P. Morgan Mortgage Acquisition Corp. mclark@squirelaw.com |
| Michael John Clark | on behalf of Creditor J.P. Morgan Mortgage Acquisition Corp. c/o Rushmore Loan Management Services  LLC mclark@squirelaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 9