**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: <br><br> RICK JAMES WAGNER <br> BILLIE JO WAGNER <br>    Debtor(s) <br><br> Ronda J. Winnecour <br>    Movant <br>    vs. <br> No Respondents. | Case No.:18-10679 TPA <br><br><br><br> Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 07/03/2018 and confirmed on 09/25/2018 . The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 34,608.07 |
| Less Refunds to Debtor | 1,786.30 | |
| TOTAL AMOUNT OF PLAN FUND | | 32,821.77 |
| | | |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 3,500.00 | |
|    Trustee Fee | 1,592.48 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 5,092.48 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
|   JPMORGAN MORTGAGE ACQUISITION COI | 0.00 | 16,912.99 | 0.00 | 16,912.99 |
|     Acct: 7976 | | | | |
|   FEDERAL NATIONAL MORTGAGE ASSN++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3168 | | | | |
|   JPMORGAN MORTGAGE ACQUISITION COI | 2,131.92 | 1,101.20 | 0.00 | 1,101.20 |
|     Acct: 7976 | | | | |
|   AMERICREDIT FINANCIAL SVCS INC DBA C | 7,550.00 | 7,550.00 | 559.15 | 8,109.15 |
|     Acct: 2594 | | | | |
|   WELLS FARGO BANK NA D/B/A WELLS FA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2304 | | | | |
| | | | | 26,123.34 |
| Priority | | | | |
|   DANIEL P FOSTER ESQ** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   RICK JAMES WAGNER | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   RICK JAMES WAGNER | 770.92 | 770.92 | 0.00 | 0.00 |
|     Acct: | | | | |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Priority** | | | | |
| RICK JAMES WAGNER | 1,015.38 | 1,015.38 | 0.00 | 0.00 |
| Acct: | | | | |
| FOSTER LAW OFFICES** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| DANIEL P FOSTER ESQ** | 3,500.00 | 3,500.00 | 0.00 | 0.00 |
| Acct: | | | | |
| DANIEL P FOSTER ESQ** | 1,200.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXXXXXXXXXXXXXXX6-21 | | | | |
| TIDEWATER FINANCE COMPANY | 0.00 | 1,605.95 | 0.00 | 1,605.95 |
| Acct: 1457 | | | | |
| | | | | 1,605.95 |
| **Unsecured** | | | | |
| CHASE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3449 | | | | |
| CHASE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6727 | | | | |
| QUANTUM3 GROUP LLC AGNT - COMENITY | 381.86 | 0.00 | 0.00 | 0.00 |
| Acct: 9068 | | | | |
| UH CONNEAUT MEDICAL CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7888 | | | | |
| ERIE ENDODONTIC ASSOCIATES PC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7899 | | | | |
| FIDELITY NATL COLLECTION, DIV++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0836 | | | | |
| UH GENEVA MEDICAL CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4023 | | | | |
| GDYR CBNA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1298 | | | | |
| LAKE HEALTH | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6040 | | | | |
| MEADVILLE MEDICAL CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6161 | | | | |
| MONTGOMERY LYNCH & ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2516 | | | | |
| ORAL AND MAXILOFACIAL SURGERY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4137 | | | | |
| REVENUE GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5652 | | | | |
| CASE MEDICAL CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2075 | | | | |
| UHHS CLVLND MEDICAL HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1976 | | | | |
| UH CONNEAUT MEDICAL CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9513 | | | | |
| UH GENEVA MEDICAL CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4577 | | | | |
| UHMP CHENGUTTAI MANOHAR MD | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1926 | | | | |
| UHMP GENEVA AREA PHYSICIANS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1926 | | | | |
| UHMP OTOLARYNGOLOGY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1926 | | | | |
| UHMP UNIVERSITY GASTROENTEROLOGY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1926 | | | | |
| UNIVERSITY HOSPITALS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1926 | | | | |
| UNIVERSITY HOSPITALS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7546 | | | | |

| 18-10679 TPA | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 3 of 3 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | |
| UNITED STATES DEPARTMENT OF EDUCA<br>Acct: 9908 | 60,421.71 | 0.00 | 0.00 | 0.00 |
| UNITED STATES DEPARTMENT OF EDUCA<br>Acct: 9908 | 45,378.21 | 0.00 | 0.00 | 0.00 |
| WELLS FARGO BANK NA<br>Acct: 6492 | 4,396.14 | 0.00 | 0.00 | 0.00 |
| AMERICREDIT FINANCIAL SVCS DBA GM F<br>Acct: 2594 | 1,373.33 | 0.00 | 0.00 | 0.00 |
| WELLS FARGO BANK NA D/B/A WELLS FA<br>Acct: 2304 | 6,319.40 | 0.00 | 0.00 | 0.00 |
| MARTHA E VON ROSENSTIEL ESQ++<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| AMERICREDIT FINANCIAL SVCS DBA GM F<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| BRIAN C NICHOLAS ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| RICHARD M SQUIRE & ASSOCIATES<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| ASHTABULA COUNTY MEDICAL CENTER++<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| FIRST CREDIT INCORPORATED<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| ST JOSEPH HEALTH CNTR++<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |

* * * N O N E * * *

| TOTAL PAID TO CREDITORS | | 27,729.29 |
|---|---|---:|

TOTAL CLAIMED
| PRIORITY | 0.00 |
|---|---:|
| SECURED | 9,681.92 |
| UNSECURED | 118.270.65 |

Date: 02/04/2022

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com